# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Reagent World, Inc. | ) ASBCA No. 61282 |
| | ) |
| Under Contract No. N00189-16-P-1675 | ) |

APPEARANCES FOR THE APPELLANT:    Kate Kennedy, Esq.
Jonathan A. DeMella, Esq.
  Davis Wright Tremaine LLP
  Seattle, WA

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Nicole R. Best, Esq.
Jonathan M. Warren, Esq.
  Trial Attorneys

## ORDER OF DISMISSAL

Upon motion of appellant, the appeal is dismissed with prejudice.

Dated:  16 January 2018

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61282, Appeal of Reagent World, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals